UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Anthony W. Ishii
Chief United States District Judge
Fresno, California

                        RE:    Austreberto INIGUEZ-LEYVA
                                Docket Number:   1:10CR00492-1
                                PERMISSION TO TRAVEL
                                <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The releasee is requesting permission to travel to Michoacan, Mexico. He is current with all supervision obligations and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On April 16, 2009, Mr. Leyva was sentenced for the offense(s) of 21 USC 846 - Conspiracy to Distribute and Possess with Intent to Distribute 5kg or More of Cocaine and 21 USC 841(a)(1) - Distribution and Possession with Intent to Distribute 5 kg of Cocaine.

**Sentence imposed:** 20 months custody Bureau of Prisons; 3 years Supervised Release; Special Conditions included RRC residency of 17 months; maintain verifiable employment; drug aftercare; not to possess firearms, destructive device or dangerous weapons and cooperate with collection of DNA.

**Dates and Mode of Travel:** April 1, 2011, to April 30, 2011, by bus.

**Purpose:** Family visit.

RE:     INIGUEZ-LEYVA, AUSTREBERTO
        Docket Number:   1:10cr00492-1
        **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


                        Respectfully Submitted,

                        /s/ Frank Esquivel

                        **FRANK ESQUIVEL**
                        Senior United States Probation Officer

**DATED:**      March 7, 2011
                Bakersfield, California
                FE:pr


**REVIEWED BY:**      /s/ Thomas A. Burgess
                      **THOMAS A. BURGESS**
                      **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved      **X**                              Disapproved  _____


IT IS SO ORDERED.

Dated:    March 9, 2011            _____
                                   CHIEF UNITED STATES DISTRICT JUDGE